# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

v.

DARNELL ANTHONY JACKSON

UNSEALED

DOCKET NO: 06-227-07
MAGIS. NO:

NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED: Troy Jamal Chavious

FILED AUG 1 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DOB:
PDID:

WARRANT ISSUED ON THE BASIS OF: INDICTMENT

DISTRICT OF ARREST:

TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER

CITY:

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE ONE KILOGRAM OR MORE OF PHENCYCLIDINE;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE ONE KILOGRAM OR MORE OF PHENCYCLIDINE;
UNLAWFUL DISTRIBUTION OF ONE KILOGRAM OR MORE OF PHENCYCLIDINE;
UNLAWFUL DISTRIBUTION OF ONE HUNDRED GRAMS OR MORE OF PHENCYCLIDINE;
CRIMINAL FORFEITURE;
AIDING AND ABETTING

**IN VIOLATION OF:**

UNITED STATES CODE TITLE & SECTION:

21:846; 21:841(a)(1) and 841(b)(1)(A)(iv); 21:841(a)(1) and 841(b)(1)(A)(iv); 21:841(a)(1) and 841(b)(1)(B)(iv); 21:853; and 18:2

BAIL FIXED BY COURT:
OTHER CONDITIONS OF RELEASE:

ORDERED BY: JUDGE URBINA
SIGNATURE (JUDGE/MAGISTRATE JUDGE): U.S. DISTRICT COURT JUDGE URBINA
DATE ISSUED: 7/27/06

CLERK OF COURT: Nancy Mayer-Whittington
BY DEPUTY CLERK: [signature]
DATE: 7/27/06

## RETURN

This warrant was received and executed with the arrest of the above-named person.

DATE RECEIVED: 7-27-06
DATE EXECUTED: 8-15-06
HIDTA CASE: Yes __ No X

NAME AND TITLE OF ARRESTING OFFICER: SEAN McLEOD, SDUSM

SIGNATURE OF ARRESTING OFFICER: [signature]

OCDETF CASE: Yes __ No X