UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
OFFICE OF THE CLERK
Walter E. Hoffman U.S. Courthouse
600 Granby Street
Norfolk, Virginia 23510

FERNANDO GALINDO
ACTING CLERK

Telephone
(757) 222-7222

August 21, 2006

Clerk's Office
United States District Court
  for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

FILED

AUG 23 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE:   USA v. Troy Jamal Chavious
      Your Case No. 06-227-07 (RBW)
      Our Case No. 2:06mj198

Dear Sir:

   Enclosed herein please find certified copies of the following documents:

(X)  Copy of Warrant of Arrest
( )  Petition for Warrant or Summons for Offender Under Supervision
( )  Copy of Indictment
(X)  Courtroom Minutes
( )  Financial Affidavit
( )  Order Setting Conditions of Release
( )  Appearance Bond
(X)  Waiver of Rule 5 & 5.1 Hearings
( )  Order of Temporary Detention
(X)  Commitment to Another District
( )  Docket Sheet
( )  Detention Order
( )  Order Appointing Public Defender

   Please acknowledge receipt of the above documents on the enclosed copy of this transmittal letter and return same to this office.

Sincerely,

FERNANDO GALINDO, ACTING CLERK

By: Angie Forehand

Deputy Clerk

Enclosures

cc:  U. S. Attorney's Office, Norfolk, VA
     U.S. Attorney's Office, District of Columbia

**NORFOLK DIVISION**

Minutes of Proceedings in Open Court

Set:   3:30   p.m.  
Started: 3:37 pm  
Ended: 3:40 pm  

Date: _____August 14, 2006_____  
Judge: ~~Tommy Miller,~~ USMJ  
Courtroom Deputy: _Unque Joubaod_  
Recorded by: ___FTR___  
U. S. Attorney: _Bill Muhr, AUSA_  
Defense Counsel: _____  
Retained - Court-appointed - AFPD  

Case Number: 2:06mj198  
Defendant: **TROY JAMAL CHAVIOUS**

(X)  Deft. present in custody -   ( ) not in custody  
(X)  **Initial Appearance** -  Preliminary / Detention Hearing -  Early / Appointment of Counsel  
( )  Interpreter present & sworn  -  Interpreter: _____  
(x)  Deft. advised of rights, charges & right to counsel  
( )  Counsel desired  
( )  Defendant's motion to substitute counsel  
( )  Order to substitute counsel exec., ent. & filed in open Court  
( )  Financial Affidavit previously exec. by deft., received & filed in open Court  
( )  Deft. sworn - Financial Affidavit exec. & filed in open Court  
( )  Court DIRECTED / DENIED  appointment of counsel  
( )  Court directed deft. to reimburse govt. at rate of _____

( )  Deft. waives Removal / Preliminary hearing    (In this District only)  
(X)  Deft. executed Waiver of Removal Hearing  
( )  Preliminary / Removal Hearing set for _____ / held / waived  
( )  Court finds probable cause - Deft. held for GRAND JURY  or  for removal to other District  
(X)  Court ordered deft. removed to other District ; Commitment order ent/filed in open Court  
( )  Govt. motion for Detention -  GRANTED  
( )  Govt. motion to withdraw motion for detention and set bond  
( )  Detention Hearing scheduled for _____ at _____ before _____ USMJ  
( )  Bond / Detention Hearing held   /  waived  
( )  TEMPORARY DETENTION / DETENTION ORDERED  (Court to prepare Order)  
( )  Bond set at $_____  
( )  SPECIAL CONDITIONS OF RELEASE:    (See Page 2)  
( )  BOND ORDER Setting Conditions of release exec., ent., & filed in open Court  
(X)  Deft. remanded to custody of U. S. Marshal  
( )  Warrant returned executed & filed in open Court  
( )  Defendant is directed to next appear on _____ at 9:00 a.m. for _Arraignment_  
( )  Defendant is directed to next appear on _____ at _____ for _____  
( )  Order of Temporary Detention executed, entered and filed in open Court  
( )  _____  
( )  _____

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

EASTERN District of VIRGINIA

FILED IN OPEN COURT
AUG 14 2006
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA
V.
TROY JAMAL CHAVIOUS

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 06-227-07 | 2:06mj198 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
  X  Indictment   ☐ Information   Complaint   Other

charging a

**DISTRICT OF OFFENSE**
USDC - District of Columbia

**DESCRIPTION OF CHARGES:**

Original Offense - 18 USC 846 - Conspiracy to distribute and possess with intent to distribute, etc., et al

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | Federal Defender Organization | ☐ CJA Attorney | X  None |
|---|---|---|---|---|

| Interpreter | X No | ☐ Yes | Language: | |

DISTRICT OF VIRGINIA (EASTERN/Norfolk Division)

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

August 14, 2006          _/s/ James C. Bradberry_
      Date                     United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|

A TRUE COPY TESTE:
CLERK, U.S. DISTRICT COURT
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

FILED
IN OPEN COURT
AUG 14 2006
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

TROY JAMAL CHAVIOUS

Defendant

WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint/Indictment)

CASE NUMBER:  2:06mj198

CHARGING DISTRICTS
CASE NUMBER:  06-227-07

I understand that charges are pending in the _____ District of _____ Columbia _____

alleging violation of  21:846, etc., et al _____ and that I have been arrested in this district and
                        (Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)   an identity hearing to determine whether I am the person named in the charges;

(3)   a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4)   Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(   ) identity hearing

(   ) preliminary hearing

(   ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

August 14, 2006                              _____
Date                                         Defense Counsel

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

UNITED STATES OF AMERICA

SEALED

DOCKET NO: 06-227-07

v.

DARNELL ANTHONY JACKSON

NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED

Troy Jamal Chavious

DOB:                PDID:

| WARRANT ISSUED ON THE BASIS OF: | INDICTMENT | DISTRICT OF ARREST |
|---|---|---|

| TO: | ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |
|---|---|---|

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE ONE KILOGRAM OR MORE OF PHENCYCLIDINE;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE ONE KILOGRAM OR MORE OF PHENCYCLIDINE;
UNLAWFUL DISTRIBUTION OF ONE KILOGRAM OR MORE OF PHENCYCLIDINE;
UNLAWFUL DISTRIBUTION OF ONE HUNDRED GRAMS OR MORE OF PHENCYCLIDINE;
CRIMINAL FORFEITURE;
AIDING AND ABETTING

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:

21:846; 21:841(a)(1) and 841(b)(1)(A)(iv); 21:841(a)(1) and 841(b)(1)(A)(iv); 21:841(a)(1) and 841(b)(1)(B)(iv); 21:853; and 18:2

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|

| ORDERED BY: | SIGNATURE (JUDGE/MAGISTRATE JUDGE) | DATE ISSUED: |
|---|---|---|
| JUDGE URBINA | U.S. DISTRICT COURT JUDGE URBINA | 7/27/06 |

| CLERK OF COURT: | BY DEPUTY CLERK | DATE: |
|---|---|---|
| Nancy Mayer-Whittington | | 7/27/06 |

RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | 8/14/2006 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|---|
| DATE EXECUTED | 8/14/2006 | JOHN LICHACZ SPECIAL AGENT FBI | |
| HIDTA CASE: | Yes  No X | | OCDETF CASE: Yes  No X |



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 06-227 |
| v. | GRAND JURY ORIGINAL |
| DARNELL ANTHONY JACKSON, | VIOLATIONS: |
|    also known as Donnell Jackson, | |
|    also known as Fats, | 21 U.S.C. §846 |
|    also known as Darnell Adams, | (Conspiracy to Distribute and Possess with |
| TROY ANTOINE HOPKINS, | Intent to Distribute One Kilogram or More |
|    also known as Fat Troy, | of Phencyclidine); |
|    also known as Dialo Fatah, | 21 U.S.C.§§ 841(a)(1) and 841(b)(1)(A)(iv) |
| TONY FITZGERALD HILT, | (Unlawful Possession With Intent to |
|    also known as Tonia Hilt, | Distribute One Kilogram or More of |
|    also known as T, | Phencyclidine); |
| TINESHA DENISE ADAMS, | 21 U.S.C. §§841(a)(1) and 841(b)(1)(A)(iv) |
|    also known as Neesha, | (Unlawful Distribution of One Kilogram |
| SHAWNTAE ANDERSON, | or More of Phencyclidine); |
| LAWRENCE BRYANT, | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iv) |
| TROY JAMAL CHAVIOUS, | (Unlawful Distribution of One Hundred |
|    also known as Little Troy, | Grams or More of Phencyclidine); |
|    also known as L.T., | 21 U.S.C. §853 |
| CHRISTOPHER MICHAEL DOBBINS, | (Criminal Forfeiture); |
|    also known as Dookie, | 18 U.S.C. §2 |
| JOHN DOWNS, III, | (Aiding and Abetting); |
|    also known as J.D., | |
| LANIKA MERCEDES FRANKLIN, | |
| WILLIAM HENRY GRAY, | |
|    also known as "Punchy," | |
|    also known as "P," | |
| BERNIE HARGROVE, | |
| JOHN DOE, | |
|    also known as Keith Roots, | |
|    also known as Slow, | |
| DOMINQUE MICHELLE | |
| WASHINGTON, | |
|    also known as Michelle | |
|    Washington | |
| WALTON, J. RBW   Defendants. | |

B

FILED IN OPEN COURT

JUL 27 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

Case Related To 03-441

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

From at least on or about sometime in September, 2005, the exact date being unknown to the Grand Jury, and continuing thereafter to at least July, 27, 2006, in the District of Columbia, Maryland, California, and elsewhere, DARNELL ANTHONY JACKSON, also known as Donnell Jackson, also known as Fats, also known as Darnell Adams, TROY ANTOINE HOPKINS, also known as Fat Troy, also known as Dialo Fatah, TONY FITZGERALD HILT, also known as Tonia Hilt, also known as "T,", TINESHA DENISE ADAMS, also known as Neesha, SHAWNTAE ANDERSON, LAWRENCE BRYANT, TROY JAMAL CHAVIOUS, also known as Little Troy, also known as L.T., CHRISTOPHER MICHAEL DOBBINS, also known as Dookie, JOHN DOWNS, III, also known as J.D., LANIKA MERCEDES FRANKLIN, WILLIAM HENRY GRAY, also known as Punchy, also known as "P," BERNIE HARGROVE, JOHN DOE, also known as Keith Roots, also known as Slow, DOMINIQUE MICHELLE WASHINGTON, also known as Michelle Washington, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together and with co-conspirators and others known and unknown to the Grand Jury, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute, a mixture and substance containing a detectable amount of phencyclidine, a Schedule II controlled substance, and the amount of said mixture and substance was one kilogram or more in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iv).

(Conspiracy to Distribute and Possess With Intent to Distribute One Kilogram or More of Phencyclidine, in violation of Title 21 United States Code, Section 846)

## COUNT TWO

On or about March 10, 2006, within the District of Columbia, DARNELL ANTHONY JACKSON, also known as Donnell Jackson, also known as Fats, also known as Darnell Adams, BERNIE HARGROVE, JOHN DOE, also known as Keith Roots, also known as Slow, and DOMINIQUE MICHELLE WASHINGTON, also known as Michelle Washington, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance, and the amount of said mixture and substance was one kilogram or more.

(Unlawful Possession With Intent to Distribute One Kilogram or More of Phencyclidine and Aiding and Abetting, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iv) and Title 18, United States Code, Section 2)

## COUNT THREE

On or about March 10, 2006, within the District of Columbia, DARNELL ANTHONY JACKSON, also known as Donnell Jackson, also known as Fats, also known as Darnell Adams, BERNIE HARGROVE, JOHN DOE, also known as Keith Roots, also known as Slow, and DOMINIQUE MICHELLE WASHINGTON, also known as Michelle Washington, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance, and the amount of said mixture and substance was one kilogram or more.

(Unlawful Distribution of One Kilogram or More of Phencyclidine and Aiding and Abetting, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iv) and Title 18, United States Code, Section 2)

3

## COUNT FOUR

On or about May 24, 2006, within the District of Columbia, DARNELL ANTHONY JACKSON, also known as Donnell Jackson, also known as Fats, also known as Darnell Adams, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance, and the amount of said mixture and substance was 100 grams or more.

(Unlawful Distribution of One Hundred Grams or More of Phencyclidine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iv))

## SPECIAL ALLEGATION OF AMOUNT

During the period of the conspiracy, the amount of phencyclidine purchased, transported, packaged and resold by the various members of the conspiracy exceeded 20 kilograms of a mixture and substance containing phencyclidine.

## FORFEITURE ALLEGATION

1. The violations alleged in Counts One through Four of this Indictment are realleged and incorporated by reference herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the offenses alleged in Counts One through Four of this Indictment, the defendant(s) in this Indictment, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from proceeds obtained directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any

manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to:

      (a)    <u>Money Judgments</u>:

           (i) a sum of money equal to the total amount of money, representing the amount of proceeds obtained as a result of the offense, conspiracy to distribute and possess with intent to distribute one kilogram or more of phencyclidine, specifically 20 kilograms or more of a mixture and substance containing phencyclidine, which carries a street value of approximately $600,000, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(a)(I), for which the defendants are jointly and severally liable;

By virtue of the commission of the felony offenses charged in Counts One through Four of this Indictment, any and all interest that the defendant(s) have in the property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of drug trafficking or used, or intended to be used, to facilitate drug trafficking, is vested in the United States and hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853.

    3. If any of the property described above as being subject to forfeiture pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant(s):

      (a)    cannot be located upon the exercise of due diligence;

      (b)    has been transferred or sold to, or deposited with, a third party;

5

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant(s) up to the value of said property listed above as being subject to forfeiture.

(Criminal Forfeiture, in violation of Title 21, United States Code, Sections 853 and 853(p).)

A TRUE BILL:

FOREPERSON.

Kenneth L. Weinstein /JDM
Attorney for the United States in
and for the District of Columbia

6

CLOSED

# U.S. District Court
# Eastern District of Virginia (Norfolk)
# CRIMINAL DOCKET FOR CASE #: 2:06-mj-00198-TEM-ALL
# Internal Use Only

Case title: USA v. Chavious
Other court case number: 06-227-07 USDC - District of Columbia

Date Filed: 08/14/2006

Assigned to: Magistrate Judge Tommy E. Miller

**Defendant**

**Troy Jamal Chavious** (1)
*TERMINATED: 08/21/2006*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

USA

| Date Filed | # | Docket Text |
|---|---|---|
| 08/14/2006 | | Arrest of Troy Jamal Chavious on warrant out of District of Columbia. (afor) (Entered: 08/14/2006) |

| | | |
|---|---|---|
| 08/14/2006 | 1 | Arrest Warrant Returned Executed on 8/14/06 as to Troy Jamal Chavious. (afor) (Entered: 08/14/2006) |
| 08/14/2006 | | Minute Entry for initial appearance held before Judge James E. Bradberry; FTR; USA appeared through Bill Muhr, AUSA; dft appeared in custody w/o cnsl; dft advised of rights; dft executed waiver of removal hearing; commitment order ent/filed in open court; dft remanded to custody of U.S. Marshal for return to District of Columbia. (afor) (Entered: 08/21/2006) |
| 08/14/2006 | 2 | WAIVER of Rule 5 Hearings by Troy Jamal Chavious executed/filed in open court (afor) (Entered: 08/21/2006) |
| 08/14/2006 | 3 | COMMITMENT TO ANOTHER DISTRICT as to Troy Jamal Chavious. Defendant committed to District Columbia; ent/filed in open court; signed by JEB, USMJ; copies distributed. (afor) (Entered: 08/21/2006) |
| 08/21/2006 | | Letter to USDC - Columbia forwarding case file. (afor) (Entered: 08/21/2006) |
| 08/21/2006 | | ***Terminated defendant Troy Jamal Chavious***Set/Clear Flags as to Troy Jamal Chavious (afor) (Entered: 08/21/2006) |



A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY _____
DEPUTY CLERK