## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **Criminal No.  O6-227-07 (RBW)** |
| **TROY JAMAL CHAVIOUS,** | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

TO:  CLERK OF THE COURT


PLEASE ENTER MY APPEARANCE AS COUNSEL OF RECORD PURSUANT TO APPOINTMENT UNDER THE CRIMINAL JUSTICE ACT (CJA), NUNC PRO TUNC TO AUGUST 18, 2006.



Respectfully submitted,


_____
Mitchell M. Seltzer
Bar #261933
Counsel for Mr. Chavious
717 D Street, NW, #310
Washington, D.C. 20004
(202) 347-2333


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice was served electronically upon A.U.S.A.  S.Elisa Poteat, and A.U.S.A. Emery V. Cole, 555 Fourth Street, NW, Washington, D.C. 20001, this __5th__ day of September, 2006.

_____