

St. Matthew United Methodist Church
P.O. Box 1389
La Plata, MD 20646

The Honorable Judge Reginald D. Walton
DC Federal Court
Washington, D.C. 20001

Re:   Troy Hopkins

Your Honor:

My intention is to speak a few words of my friend Troy Hopkins. As I prepare and reflect, I am struck afresh by the limited angle of vision that we have into the life of another

I realize that I knew very little about Troy's adult life, beyond what I learned from his mother. Yet, I knew of his full measure of time and leadership to those he came in contact with as a youth in the church. Most of us know Troy primarily through his church work with the youth leaders in the church. But even then, most knew only a little of the marvelous whole that is Troy.

For more than a decade, the church knew me as Superintendent of Sunday School and a leader of Christian Education. In these positions, I was given an opportunity to work closely with Troy in daily conversations and actions, but mostly I was mostly given a chance to learn about his dedication as a helper and friend who never failed to acknowledge my position and his debt to God and to those less fortunate than he. A special time in my life stands out during the loss of my husband. Troy was a young child of ten years of age. However, his maturity prepared him to extend love and care to me and my family.

On a very cold night in January, after my husband's death, Troy exhibited great concern for me, who in my innocence did not know that my house would remain cold until the oil company could remedy the situation. He offered his mother's house to me so that I would not be cold during the night. Right from the start his lively humor and thoughtfulness captured my affection.

Troy was always willing to give himself to others. Even as a child, I recall his strong commitment to participate in the leading role of a special performance for a Black History Month program. To Troy there was always joy in helping others even though it was not always fun and games. He put aside his playtime to rehearse extensively and learn varied and many lines. Family members and friends and church members alike, still recall his performance. Any one who is knowledgeable of presenting a play can understand just how much of himself he put into it. I know I do. It will live with me forever, for I was the producer and am still indebted to him for his stability and dedication for making the performance a success.

Isaiah 42 is a word for God's people just as they are about to be released from Babylon's grip and returned to their homeland. The prophet Isaiah, convinced that their faithful memories may have faded over the long years of exile, and that they may have forgotten the God of their forefathers, reminds them of the identity and character of God; the God who is about to bring them home.

Like the Israelites and so many of us today, Troy faithful memories may have faded over the years of his exile, and he may have forgotten the God of his forefathers. He obviously has cause now to re-evaluate his life. I believe Troy's conviction is followed by a series of resolutions and faith experiences needed to carry him through what is to follow. As I visited him in jail, though I know there is a regretful; period and guilt plays a part, the innate feeling and the joy of helping others is still there. He shared with me that he helps those inmates who needs the necessary studies to earn a GED. Also, I was astonished that he cut short his conversation with his mother and relinquished his phone to a fellow inmate to talk with his sister because his phone was in a better working condition.

The heart of the passage from Isaiah is this: Who is God? God is one who will not break a bruised reed, the kind of God who will not quench a dimly burning wick; the kind of God who will faithfully bring forth justice. When we call down God's justice on the world, we usually assume that it is justice for us and punishment for others. But the truth of the matter is, we too- all of us- are bruised reeds and dimly burning wicks, and God as an act of patient mercy, chooses not to rain down wrath because it would fall upon all of us.

Christ comes to identify with us, especially those most in need. I suppose conviction of sin is the beginning of conversion. Times of adversity is usually the cause of this occurring in one's life. Thus, I believe that this conversion is now occurring in Troy's life.

As a pastor and friend, I contend that Troy's spiritual awakening is being flushed out. The nurture and love of God will be replaced with the idea of punishment.

Praise be to God

*Rev. Evelyn H. Manson*

Agnes E. Miller
9204 Beth Avenue
Springdale, MD 20774

January 9, 2008

TO: The Honorable Regional B. Walton
Federal Courthouse
Washington, D.C.


Re: Troy A. Hopkins:

I write this letter to you on Troy A. Hopkins' behalf, because I can do so with a Faith and Confidence that his time of life changing turn – about is possible, and prayerfully I believe probable.

I have known Troy since his early childhood. As his Church School teacher, and Youth Director at Ebenezer United Methodist Church in Lanham, MD, I was able to not only watch him grow and develop, but also direct him in this growth.

In spite of his problems and errors during much of his young adult life, I still feel that he is not only salvageable but, most assuredly destined for a worth while place in society, once his debts have been accounted for. This is the kind of Faith that I have in Troy along with many of our Church community members.

I feel that the same determination to get things done his way in the past will allow him to reverse his decisions, and actions, thus setting him on the path of determination to turn his life in the Right God – directed direction. This is the Faith that I, and so many of us who have known him and watched his ups and down throughout the years, realize that in spite of all, he is worthy of all of our consideration and fidelity as he determine, just what his future life will be.

I humbly ask you to give him the chance to prove his worth to himself, to those who believe in him, and the God we all serve.

Surely, we realize that he has a debt to pay. However, with all of our Faith and help, there will be years of Repentance and opportunity left for him to fulfill God's purpose, and justify the Faith we all have in him.

I am Yours Truly,

Agnes E. Miller
Senior Lay Leader
Ebenezer UMC/Lanham, MD.

January 19, 2008

Honorable Reginald B. Walton
Federal District Court
Washington, D.C.

Dear Judge Walton:

This letter is being written on behalf of Troy Hopkins. I am a member of Ebenezer United Methodist Church in Lanham, Maryland. I have known Troy and his family for many years. During that time I watched a very sweet and talented little boy do ordinary and yet special things.

When he sang in the little children's choir, I called him and the others "angels in tennis shoes." As a child Troy performed in the church plays, attended Sunday school and was a member of our youth fellowship. He played football until he was sidelined by an injury. I am told that he wanted to become a professional football player. Unfortunately, an injury reportedly dashed his hopes of ever playing professional football.

I am an old lady now, but whenever Troy was singing or performing he used to tell his mother that I was the "only one who paid him any attention." That was surely something in the mind of a child that was not accurate. Many people in our church have invested countless hours trying to help Troy and other young people grow into Godly productive citizens. We have many success stories. Yet, to lose one child is devastating. Our investment is lost when a young person is sidelined by an error in judgment. Unfortunately, the ill effects of that poor judgment not only change that person's life, it devastates the lives of his entire family.

I have no way of knowing why a young man of Troy's upbringing and talent would choose to make bad choices; however, I do know that he is still *worth saving*.

Troy's mother is my friend. She is one of the most dedicated people that I know. Not only is she dedicated to her family, her outreach to the community has been invaluable. Even though she has fought the good fight to save her son from the mean streets of the Washington metropolitan area, she has always maintained a high level of love for anyone that she comes in contact with. The possibility that her child will spend the rest of his life in jail is a heavy burden. Because she has many people who love and cherish her friendship, she will not have to bear that burden alone.

Troy Hopkins is the father of a beautiful baby boy. If Troy remains incarcerated for life, this child will grow up virtually fatherless. That is a stigma that many children cannot overcome.

While I realize that Troy has made many mistakes, I believe that he *is worth saving*. I make no excuses for those mistakes, yet when you love someone, as God loves us, you recognize that redemption is possible. I pray that you will consider what will be lost if Troy is thrown away into a system without hope. I believe that would be a tragedy. *Troy is worth saving*.

Sincerely,

*Gloria T. Pickett*

Gloria T. Pickett

**Orderee G. Eiland**
**11400 Lovejoy Street**
**Silver Spring, MD 20902**
**(301) 681-8699**

The Honorable
 Reginald B. Walton
The Federal Court
Washington, DC

REF:  Case of Troy Antoine Hopkins

Dear Honorable Judge:

Respectfully, I ask your permission to submit this letter on behalf of "Troy", as my entire family has known him since he was a very small boy. I thank you for considering the plea which I request in this letter.

Troy was reared in a very good home with attentive, concerned, and responsible parents. At a very early age Troy showed talent and was active in various church programs. In spite of his errors, I believe that Troy is a good man who deserves a chance to be the person who he was reared to be and who God expects him to be. I also believe that Troy will prove worthy of leniency in the matters before the court.

"Mercy" is my humble plea to you in giving Troy an opportunity to be the person he was reared to be, honoring God, himself, and also his deserving and dedicated parents.

Again, I thank you for allowing me this opportunity to ask for "mercy" to help a young man toward a new life.

Sincerely,

*Orderee G. Eiland*
Orderee G. Eiland

January 26, 2008

In reference: Troy Hopkins

The Honorable Judge Reginald B. Walton
Federal D.C. Courts
Washington, D.C. 20002

Dear Judge Walton,

It is definitely a difficult task to write this letter because of my knowledge of Troy Hopkins during his spiritual years at Ebenezer United Methodist Church. During his young adult years in the church we (the congregation and members) found him to be a model Christian young man who loved the Lord. Just to expound on why it is so hard to write this letter because of the abundant love all of the members of the church had for him.

Let me take a moment and reveal some of the services he gave to the church and it's members. First of all, his character revealed total parental guidance because of the uniqueness in how he portrayed himself to other both young and old. His attire was always fashionable, neat and complimenting to his personality. One of the most justifying things about the young man was his willingness to assist and serve those in need. He was both respectful, mannerly, caring and was reflecting those qualities of being a leader.

In order for one not knowing him, its a pleasure to recapture some of the organizations he was affiliated with during his active days at Ebenezer. First of all, he attended Sunday School (regularly), a member of the Youth Choir, was on the Young People's Usher Board, assisted in supporting the elderly and assisted the Pastor as a Liturgist in the pulpit. Back tracking for a moment I can also remember Troy as a Acolyte serving on Sunday morning during worship service.

Deep down in my heart I am a strong believer in God's Word and it so states that one may bring up a child during his childhood and later on in life he may stray but will return to his roots. In my own family I've experienced one of my own children who was influenced by others and the environment in which she was exposed too. Truly I've spent in my past many a reckless and sleepless night wondering rather or not she would change. I would like for it to go on record that God prevailed and the changes took place and she was saved. I would also like to thank God for another young man who I had an opportunity to council who has come to Christ and is doing well.

I give God all the glory and honor because he's worthy and all things are possible through Jesus Christ our Lord and Savior.

Respectfully,

MR SCHLEY OWENS

8929 HOBART ST.
SPRINGDALE, MD 20774

January 20, 2008

The Honorable Reginald B. Walton
Federal District Court
Washington, DC

Dear Judge Walton,

It is with pleasure and a heavy heart that I write you on behalf of Troy Hopkins. It is my pleasure because I have had the honor of knowing Troy since I was a child. We grew up together in church; and formed a life long friendship. Troy was an active member of our church; and loved and respected by everyone.

My heart is heavy because I've seen Troy's struggles over the years. Troy has been through some rough times; but he has a supportive family and friends. I realize Troy must be held responsible for his actions; and I'm praying for his strength during this time.

Troy knows the Lord; Troy knows he has a purpose and a reason for living. During this transitional time; it is my hope that Troy will be afforded every opportunity for rehabilitation. I am certain Troy has accepted full responsibility for his actions, and will do everything he can to regain his freedom and be a responsible law abiding citizen.

Respectfully,

*Susan D. B. Walker*

Susan D. B. Walker



# EBENEZER UNITED METHODIST CHURCH

4912 Whitfield Chapel Road • Lanham, Maryland 20706
Church (301) 577-0770, 577-1926

*Mark D. Venson, Pastor*

The Honorable Judge Reginald B. Walton

Dear Judge Walton:

I am writing to ask for leniency in the sentencing of Mr. Troy Antoine Hopkins. I have served as pastor to Troy and his mother, Mrs. Shirley Hopkins, for 18 years. Despite Troy's many brushes with the law, the one element about his behavior that has consistently given me cause for hope is that he has always kept at least one foot in the church. In 2006 Troy brought his son, Troy Booth, in to be baptized. It is my hope that his son will at some point have the opportunity to know his father as a changed and significant influence for good in his life.

There is no excuse for Troy's negative involvement with the law. I believe that Troy fully understands his need for accountability, as many lives, including his family's have been adversely affected by his behavior and Troy must now face the difficult consequences of his poor choices.

It remains my hope, however, that the good that many of us have seen in Troy over the years will, in the end, more than compensate for the bad decisions he has made during this phase of his life. Consequently, I would again ask that you not shut the door completely on his prospects for redemption.

Sincerely,

*Mark D. Venson*
Rev. Mark D. Venson